UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER,<br><br>            Plaintiff,<br><br>    v.<br><br>EHM PRODUCTIONS, INC., et al.,<br><br>            Defendants. | Case No. 23-cv-02671-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 135 |

The Amended Complaint is dismissed because it is frivolous and fails to state a claim for which relief may be granted. Dismissal is with prejudice because any further amendment would be futile. *See Greene v. Director, Administrative Office of U.S. Courts*, No. C-98-3648-MHP, 1998 WL 928387 (N.D. Cal. Dec. 30, 1998). All pending motions in this case are also now dismissed as moot. No further requests or motions from the plaintiff will be considered in this case.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
VINCE CHHABRIA
United States District Judge